TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

LODGED

ORIGINAL   MAR 2 5 2005
RECEIVED

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )   Case No. A04-117 CR(JKS)
                             )
              Plaintiff,     )
                             )
     vs.                     )   WRIT OF EXECUTION ON PERMANENT
                             )   FUND DIVIDEND
H. CHRISTOPHER NELSON,       )
                             )
SS                           )
DO                           )
                             )
                       nt.   )

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

   On January 19, 2005, a judgment was entered in the docket of the above-entitled court and action, in favor of the United States of America as judgment creditor and against H. CHRISTOPHER NELSON as judgment debtor, for

     $0.00          criminal fines

     $13,561.04     restitution

     $200.00        special assessments

     making a total amount of

     $13,762.04     JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$45.54          accrued interest, and

$65.00          accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$0.00 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$13,872.58 ACTUALLY DUE on March 18, 2005, of which $13,562.04 is due on the judgment as entered and bears interest at the rate of 2.85% per annum in the amount of:

$1.05 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 25 day of March, 2005 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

**REDACTED SIGNATURE**

Deputy Clerk

**No further action will be take on this writ. All process has been previously returned to the Clerk of Court.**

USMS