PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: H. Christopher Nelson          Case Number: A04-117 CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   January 19, 2005

Original Offense:          Use of Social security Number Obtained by Providing False Information
                           (Two Counts)

Original Sentence:         15 months jail, 3 years supervised release

Date Supervision Commenced: July17, 2006

### PETITIONING THE COURT

[  ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]     To modify the conditions of supervised release as follows:

The defendant shall refrain from the unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens,* No.04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

REDACTED SIGNATURE

Travis Lyons
U.S. Probation Officer
Date:  January 22, 2007

*Request for Modification of Conditions or Term*
*Name of Offender          :          H. Christopher Nelson*
*Case Number              :          A04-117 CR (JKS)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[☒]     The Modification of Conditions as Noted Above
[  ]     Other:

_____

_____


/s/James K. Singleton

James K. Singleton
Senior U.S. District Court Judge

Date:     February 6, 2007

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v** H. Christopher Nelson                    **Docket No. A04-117CR (JKS)**

H. Christopher Nelson, have been advised and understand that I am entitled by law to a hearing
and assistance of counsel before any unfavorable change may be made in my conditions of
supervised release or my period of supervision being extended.  By "assistance of counsel," I
understand that I have the right to be represented at the hearing by counsel of my own choosing if
I am able to retain counsel.  I also understand that I have the right to request the Court to appoint
counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of
my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also
agree to the following modification of my conditions of supervised release or to the proposed
extension of my term of supervision: The defendant shall refrain from the unlawful use of
controlled substances and shall submit to one drug test within 15 days of release on supervision
and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion
of the probation officer.

Signed: _____        Date: _____
     H. Christopher Nelson
     Probationer or Supervised Releasee

Witness: _____ REDACTED SIGNATURE _____        Date: _____
     Travis Lyons
     U.S. Probation/Pretrial Services Officer