PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: H.C. Nelson                                  Case Number: A04-117 CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   January 19, 2005

Original Offense:            Use of Social Security Number Obtained by Providing False Information
                             (Two Counts)

Original Sentence:           15 months imprisonment

Date Supervision Commenced: July 17, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant will reside at the Cordova Center for a period of at least 90 and not more than 120 days and will abide by their rules. The defendant will not possess or consume any alcoholic beverage.

## CAUSE

On July 30, 2007, the defendant consumed alcohol to intoxication and was arrested for domestic violence. The defendant has a long history of alcohol abuse and should not possess or consume any alcohol while on supervised release.

Respectfully submitted,

REDACTED SIGNATURE
_____
Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: August 9, 2007

*Request for Modification of Conditions or Term*
*Name of Offender        :        H.C. Nelson*
*Case Number             :        A04-117 CR (JKS)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

Date: 08/13/2007

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v H.C. Nelson                                        Docket No. A04-117 CR (JKS)

    I, _H.C. Nelson_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

**The defendant will reside in the Cordova Center for a period of at least 90 days and not to exceed 120 days and will refrain from possessing and/or consuming any alcoholic beverage.**

Signed: _[signature]_                                        Date: _8-8-07_
        H.C. Nelson
        Probationer or Supervised Releasee

Witness: REDACTED SIGNATURE                                  Date: _8-8-07_
        Travis Lyons
        U.S. Probation/Pretrial Services Officer