AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

v.

H. Christopher Nelson

**WARRANT FOR ARREST**

Case Number: A04-117 CR (JKS)

RECEIVED
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ H. Christopher Nelson _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court
☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☒ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
The defendant has violated four conditions of his supervised release.

in violation of Title _____ United States Code, Section(s) _____

John W. Sedwick
~~James K. Singleton~~
Name of Issuing Officer

Signature Redacted
Signature of Issuing Officer

Chief
~~Senior~~ U.S. District Court Judge
Title of Issuing Officer

1-9-08    Anchorage
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at
US PROBATION OFFICE ANCHORAGE, AK

| DATE RECEIVED 1-9-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-11-08 | DAVID LONG SDUSM | (signature) |