MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __H. CHRISTOPHER NELSON__ CASE NO.__3:04-CR-00117-JKS__
Defendant:__X__Present __X__In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ALEXIS GUTIERREZ/ SUZANETTE LUCERO_____

UNITED STATES' ATTORNEY: __THOMAS BRADLEY_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY - FRIEND OF COURT_____

U.S.P.O.: _____TRAVIS LYONS_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
            RELEASE (DKT 29) HELD: JANUARY 14, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:37 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant:waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_x_ Defendant stated true name:_H. Christopher Nelson_

_X_ Financial Affidavit **FILED.**

_X_ Federal Public Defender accepted appointment; on behalf of Sue Ellen Tatter, FPD notified.

_x_ Consent to be filed by **January 16, 2008** or matter shall be transferred to a U.S. District Judge.

_X_ Order of Detention Pending Trial **FILED.**

_x_ OTHER: Defendant **DENIED** allegations 1-4 of the Petition to Revoke Supervised Release. Defendant's detention continued

At 1:49 p.m. court adjourned.


DATE:_JANUARY 14, 2008_____    DEPUTY CLERK'S INITIALS:_AXG/ SCL_

Revised 6-18-07