Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>H. CHRISTOPHER NELSON,<br>aka Michael Frates,<br><br>　　　　　Defendant. | NO. 3:04-cr-00117-JKS<br><br>**NOTICE OF CONSENT TO PROCEED BEFORE THE UNITED STATES MAGISTRATE JUDGE IN EVIDENTIARY HEARING RE: VIOLATIONS OF SUPERVISED RELEASE** |

　　　　　H. CHRISTOPHER NELSON, through counsel, hereby gives notice of his consent to an evidentiary hearing before a United States Magistrate Judge on the petition to revoke supervised release (filed January 10, 2008, at Docket No. 29), after first having been advised by counsel of his right to such a hearing before a United States District Court Judge.

DATED this 16th day of January 2008.

Respectfully submitted,

/s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on January 16, 2008,
a copy of the **Notice of Consent to Proceed Before the United States Magistrate Judge in Evidentiary Hearing Re: Violations of Supervised Release** was served electronically on:

Thomas C. Bradley
Assistant United States Attorney
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Sue Ellen Tatter