MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. CHRISTOPHER H. NELSON   CASE NO. 3:04-CR-00117-JKS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:   JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   ALEXIS GUTIERREZ / SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:   THOMAS BRADLEY

DEFENDANT'S ATTORNEY:   SUE ELLEN TATTER

U.S.P.O.:   TRAVIS LYONS

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 29) HELD JANUARY 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:39 p.m. court convened.

Court and counsel heard re defendant's intention to admit to allegations and agreement.

Defendant sworn.

Defendant stated true name: H. C. Nelson

Defendant **ADMITTED** allegations 1-4 OF The Petition To Revoke Supervised Release (Dkt 29).

Matter to be referred to U.S. District Judge for Final Disposition Hearing to be set as soon as possible.

Defendant's detention continued.

At 3:50 p.m. court adjourned.

DATE: January 23, 2008         DEPUTY CLERK'S INITIALS: AXG /SCL

Revised 6-18-07