

**UNITED STATES DISTRICT COURT**
**District of Alaska**

JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES OF AMERICA,

vs.

H. CHRISTOPHER NELSON.

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 1/19/2005)
Case Number: 3:04-CR-00117-01-JKS
Sue Ellen Tatter
           Defendant's Attorney

Defendant's probation officer filed a petition on  1/10/2008  accusing defendant of  4  violations of the conditions of supervision provided in the original judgment. Defendant  ADMITTED allegations 1-4 of the Petition to Revoke Supervised Release . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Consumed Alcohol | 12/19/2007 | C |
| 2 | Special | Failure To Appear | 01/07/2008 | C |
| 3 | Standard | Failure To Report | 12/27/2007 | C |
| 4 | Standard | Restitution | 01/31/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JANUARY 29, 2008
Date of Disposition Hearing

SIGNATURE REDACTED

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

January 29, 2008
Date

AO245.REV

Defendant: H. CHRISTOPHER NELSON          Amended Judgment--Page 2 of 3
Case No.:  3:04-CR-00117-01-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  10 months with no term of supervision to follow.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
         [_] at _____ a.m. / p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
         [_] before 2 p.m. on _____.
         [_] as notified by the United States Marshal.
         [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


                                    _____
                                    United States Marshal

                                    By _____
                                         Deputy Marshal

AO245.REV

Defendant: H. CHRISTOPHER NELSON
Case No.:  3:04-CR-00117-01-JKS

Amended Judgment--Page 3 of 3

### SUPERVISED RELEASE (MODIFIED)

**No term of supervision to follow.**

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV