MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __CHRISTOPHER NELSON__ CASE NO. __3:04-CR-00117-JKS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____ALEXIS GUTIERREZ/SUZANNETTE LUCERO__

UNITED STATES' ATTORNEY: _____THOMAS BRADLEY_____

DEFENDANT'S ATTORNEY: _____SUE ELLEN TATTER_____

U.S.P.O.: _____TRAVIS LYONS_____

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD 1/29/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

_X_ Defendant previously **ADMITTED** allegations __1-4 of the Petition__
    __to Revoke Supervised Release.__

_X_ FINAL DISPOSITION HEARING:

   _X_ Supervised Release revoked.

   _X_ Defendant imprisoned for a period of __10 months with no__
       __supervision to follow.__

_X_ Defendant remanded to the custody of the U.S. Marshal.

At 10:42 a.m. court adjourned.

DATE: _____January 29, 2008_____ DEPUTY CLERK'S INITIALS: _AXG/SCL_

Revised 6-18-07